UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 28399
    DANNY T TOLLIVER JR
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-5333

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 10/22/2008 and was not confirmed.

    The case was dismissed after confirmation 01/28/2009.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITI AUTO | SECURED NOT I | 1634.14 | .00 | .00 |
| GMAC | SECURED VEHIC | 12000.00 | .00 | .00 |
| GMAC | UNSECURED | 21284.84 | .00 | .00 |
| CINGULAR | UNSECURED | NOT FILED | .00 | .00 |
| AFNI-BLOOM | UNSECURED | NOT FILED | .00 | .00 |
| AMC MORTGAGE SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN HONDA FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| AMERIQUEST MORTGAGE | UNSECURED | NOT FILED | .00 | .00 |
| BALLYS TOTAL FITNESS | UNSECURED | NOT FILED | .00 | .00 |
| BANK OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| BANK FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| BANK FINANCIAL FSB | UNSECURED | NOT FILED | .00 | .00 |
| BANK OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| T MOBILE | UNSECURED | NOT FILED | .00 | .00 |
| T MOBILE | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL CREDIT UNION OF | UNSECURED | NOT FILED | .00 | .00 |
| CHASE | UNSECURED | NOT FILED | .00 | .00 |
| CHASE | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE | UNSECURED | NOT FILED | .00 | .00 |
| CITGO/CBSD | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL CREDIT UNION OF | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER FINANCIAL SERVI | UNSECURED | 2236.02 | .00 | .00 |
| FIRST BANKCARD CENTER | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREIMER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GEMB JCP | UNSECURED | NOT FILED | .00 | .00 |
| GEMB LOWES | UNSECURED | NOT FILED | .00 | .00 |
| HSBC AUTO | UNSECURED | NOT FILED | .00 | .00 |
| HSBC AUTO | UNSECURED | NOT FILED | .00 | .00 |
| HSBC BANK | UNSECURED | NOT FILED | .00 | .00 |
| HSBC BANK | UNSECURED | NOT FILED | .00 | .00 |

                  PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 08 B 28399 DANNY T TOLLIVER JR

```
HSBC BANK                     UNSECURED     NOT FILED              .00              .00
HSBC                          UNSECURED     NOT FILED              .00              .00
ARROW FINANCIAL SERV          UNSECURED      2372.53               .00              .00
MARATHON PETROLEUM            UNSECURED       681.00               .00              .00
NICOR GAS                     UNSECURED     NOT FILED              .00              .00
RNB-FIELDS3                   UNSECURED     NOT FILED              .00              .00
RNB-FIELDS3                   UNSECURED     NOT FILED              .00              .00
SAXON MORTGAGE SERVICES       UNSECURED     NOT FILED              .00              .00
HOUSEHOLD BANK                UNSECURED     NOT FILED              .00              .00
SHELL CITICARD                UNSECURED     NOT FILED              .00              .00
TARGET                        UNSECURED     NOT FILED              .00              .00
TOYOTA MOTOR CREDIT CORP      UNSECURED     NOT FILED              .00              .00
USA ONE NATIONAL CREDIT       UNSECURED     NOT FILED              .00              .00
DIANA JAMES                   NOTICE ONLY   NOT FILED              .00              .00
ARROW FINANCIAL SERV          UNSECURED       763.89               .00              .00
GLENDA J GRAY                 DEBTOR ATTY       .00                                 .00
TOM VAUGHN                    TRUSTEE                                               .00
DEBTOR REFUND                 REFUND                                                .00
```

Summary of Receipts and Disbursements:

```
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                            .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                        ---------------    ---------------
TOTALS                            .00                 .00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 03/05/09                  /s/ Tom Vaughn
                                 _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE